PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
E-mail: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | MJ-25-46-GF-JTJ |
|---|---|
| Plaintiff, | NOTICE TO COURT AND MOTION FOR DETENTION UNDER THE BAIL REFORM ACT |
| vs. | |
| EDWIN DARIO PEREIRA-PUERTO, | |
| Defendant. | |

On April 28, 2025, Defendant Edwin Dario Pereira-Puerto appeared before this Court to answer the complaint charging failure to register, in violation of 8 U.S.C. § 1306(a). The Court ordered the defendant be temporarily detained for ten days and the U.S. Attorney has notified the Department of Homeland Security of the defendant's status and detention. 18 U.S.C. § 3142(d).

1

Following the hearing, the U.S. Attorney's Office provided notice to officials at the Department of Homeland Security. The agency has not taken custody of the Defendant in order to commence deportation proceedings.

The United States moves the Court to continue to detain the defendant in this case under the Bail Reform Act pending further proceedings in this matter. 18 U.S.C. §§ 3142(e)(1); (f)(2)(A). Based upon the history of the defendant and his ties to Honduras, the United States believes no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

The government proffers the following additional facts in support of this motion: the defendant has no family ties to the United States; his mother resides in Honduras, his sister resides in Honduras, and his child resides in Mexico; the defendant was located in the United States during an nationwide operation targeting individuals believed to be in the United States illegally; he has no record of legally entering the United States; during a traffic stop in April 23, 2025, the defendant was the driver and he had 2 illegal, Honduran passengers with him; they all reported living in a house in Havre believed to house and employ illegal aliens.

The Notice of Custody Determination signed on April 23, 2025, (Doc. 12-2) is correct and in place by the Department of Homeland Security. The Order of Release on Recognizance also signed on April 23, 2025, (Doc. 12-1) was in error. Only THE Border Patrol Director has the authority to issue such an order, and the

(acting) PAIC is not that person.  Further, defendants released to ICE/ERO are processed through the Tacoma, Washington, office, not Portland, Oregon.

The defendant should be detained under the Bail Reform Act pending further proceedings.

DATED this 9th day of May 2025.

                                             KURT G. ALME
                                             United States Attorney

                                             */s/ Paulette L. Stewart*
                                             Assistant U. S. Attorney
                                             Attorney for Plaintiff