IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. EDWIN DARIO PEREIRA-PUERTO, Defendant. | MJ-25-46-GF-JTJ ORDER GRANTING MOTION TO DISMISS COMPLAINT |
|---|---|

The United States moves to dismiss the complaint in this case.

IT IS HEREBY ORDERED that the motion is GRANTED. The complaint in this matter is DISMISSED. The trial and all deadlines are vacated.

DATED this 20th day of May, 2025.

John Johnston
United States Magistrate Judge